UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| **ESTATE OF GLENARA BATES, et al.,** | : | Case No. 1:15-CV-798 |
| | : | |
| Plaintiff, | : | Judge Beckwith |
| | : | Magistrate Litkovitz |
| vs. | : | |
| | : | |
| **HAMILTON COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES, et al.,** | : | **STIPULATED ATTORNEYS-EYES ONLY PROTECTIVE ORDER** |
| | : | |
| Defendants. | : | |

**PURPOSE**

The purpose of this Attorneys Eyes Only Protective Order is to facilitate the discovery of documents in the custody of Hamilton County Jobs and Family Services ("HCJFS"), which may be relevant to and evidentiary in the above captioned action. Much of the content of these records is confidential as a matter of Ohio law, such as names of juvenile persons subject to legal dependency actions. The redaction of these records would not only be burdensome, but significant such that it potentially would interfere with the comprehensibility of the documents. Consequently, redaction would potentially prejudice the parties in the discovery process of this litigation. Therefore, the parties by and through counsel, agree to stipulate to this Attorney Eyes Only Protective Order.

**ORDER**

By agreement of the parties, this Court hereby orders that the discovery of documents in the custody and control of HCJFS and relating to the involvement of HCJFS with Glenara Bates, Desena Bradley, Glen Bates, Andrea Bradley and all of her minor children shall be subject to this protective order and held strictly confidential by counsel for each party and may only be disclosed to counsel for each party and/or expert witnesses retained by counsel

of each party. Documents or information within those documents subject to this Order shall not be disclosed to the parties or witnesses except where it is necessary for the party or witness to know the material. None of the documents covered by this protective order may be disclosed to any other person, or member of the public. If any document subject to this protective order is produced, copied, used in a deposition, or at trial, it shall be marked prominently with the word "CONFIDENTIAL". Any document subject to this order used at trial, in discovery, in a deposition, in an expert report, in a pleading, or in any other way so as to make it a potentially public record, shall be so submitted "under seal" with prior permission of the Court, upon motion and for good cause shown.

This Protective Order does not authorize the filing of protected material under seal. No document may be filed with the Court under seal without prior permission as to each such filing, upon motion and for good cause shown, including the legal basis for filing under seal. See *Proctor & Gamble Co. v. Bankers Trust Co.*, 78 F.3d 219 (6th Cir. 1996). Unless the Court orders otherwise, all sealed documents shall be filed according to S.D. Ohio Civ. R. 5.2.1.

At the conclusion of the litigation, all written materials, including copies made thereof, subject to this protective order shall be returned to counsel or the party who produced the materials or destroyed.

IT IS SO ORDERED.

7/21/16                                                     *Karen L. Litkovitz*

Agreed to by:

/s/Blake R. Maislin
Blake R. Maislin
Maislin Professional Center
2260 Francis Lane
Cincinnati, OH 45206
513-444-4444
Fax: 513/721-5557
Email: blake@maislinlaw.com
Attorney for Desena Bradley

/s/Pamela J. Sears
Pamela J. Sears
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
513/946-3082
Fax: 946-3018
Email: pam.sears@hcpros.org
Attorney for HCJFS, Hamilton County, Ohio, Greg Hartmann, Chris Monzel, Todd Portune, Moira Weir

/s/Bradley G. Braun
Bradley G. Braun
Office of Blake Maislin
2260 Francis Lane
Cincinnati, OH 45206
513-444-4444
Fax: 513-721-5557
Email: bbraun@maislinlaw.com
Attorney for Desena Bradley

/s/Michael G. Florez
Michael G. Florez
Assistant Prosecuting Attorney
230 East Ninth Street, Suite 4000
Cincinnati, OH 45202
513-946-3229
Fax: 513-946-3018
Attorney for HCJFS, Hamilton County, Ohio, Greg Hartmann, Chris Monzel, Todd Portune, Moira Weir

/s/Randy A. Byrd
Randy A. Byrd
The Law Offices of Blake R. Maislin, LLC
2260 Francis Lane
Cincinnati, OH 45206
513-444-4444
Fax: 513-721-5557
Email: rbyrd@maislinlaw.com
Attorney for Desena Bradley

/s/Andrea B. Neuwirth
Andrea B. Neuwirth
Assistant Prosecuting Attorney
230 E. Ninth Street, Suite 4000
Cincinnati, OH 45202
513-946-3040
Email: andrea.neuwirth@hcpros.org
Attorney for HCJFS, Hamilton County, Ohio, Greg Hartmann, Chris Monzel, Todd Portune, Moira Weir

/s/Michael L. Tranter
Michael L. Tranter
830 Main Street, Suite 806
Cincinnati, OH 45202
513-477-0225
Fax: 513-241-0045
Email: mltranter@yahoo.com
Attorney for Shamara Stephens

/s/Paul M. Laufman
Paul M. Laufman
Laufman & Napolitano, LLC
4310 Hunt Road
Cincinnati, OH 45242
513-621-4556
Fax: 513-621-5563
Email: plaufman@ln-lawfirm.com
Attorney for Shamara Stephens

/s/Stephen J. Wenke
Stephen J. Wenke
36 E. 7th Street, Suite 2020

Cincinnati, OH 45202
513/651-2126
Email: swenke7403@aol.com
Attorney for Kassie Setty

DATED: _____