AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| Estate of Glenara Bates, et al. | ) |
| | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 15-CV-798 |
| Hamilton County Department of Job and Family Services, et al. | ) |
| | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Andrea Bradley (ID. 1563103)
Hamilton County Justice Center
1000 Sycamore Street
Cincinnati, OH 45202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Randy A. Byrd, Esq., Blake R. Maislin, Esq., and Brad G. Braun, Esq.
The Law Offices of Blake R. Maislin, L.L.C.
Maislin Professional Center
2260 Francis Lane
Cincinnati, OH 45206

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 01/12/2017

*Signature of Clerk or Deputy*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ESTATE OF GLENARA BATES, BY AND THROUGH, DESENA BRADLEY, THE ADMINISTRATOR AND MATERNAL GRANDMOTHER OF GLENARA BATES, A DECEASED MINOR CHILD<br>2057 MILLVALE COURT<br>CINCINNATI, OHIO  45225<br><br>AND<br><br>DESENA BRADLEY, IN HER INDIVIDUAL CAPACITY AS THE MATERNAL GRANDMOTHER OF GLENARA BATES, A DECEASED MINOR CHILD<br>2057 MILLVALE COURT<br>CINCINNATI, OHIO  45225<br><br>      Plaintiffs,<br><br>-vs.-<br><br>HAMILTON COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES<br>222 CENTRAL PARKWAY<br>CINCINNATI, OHIO  45202<br>SERVE:<br>Hamilton County Department of Job and Family Services<br>c/o Gregory Hartmann<br> Christopher Monzel<br> Todd Portune<br> Hamilton Cty. Commissioners<br> 138 East Court Street, Suite 603<br> Cincinnati, Ohio  45202<br><br>AND | Case No.:<br><br>**COMPLAINT** |

UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF OHIO

ESTATE OF GLENARA BATES, ET AL.

    PLAINTIFF(S)

VS.

HAMILTON COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES, ET AL.

    DEFENDANT(S)

CASE # 15-CV-798

**AFFIDAVIT OF SERVICE**

STATE OF OHIO )
                ) SS.
COUNTY OF HAMILTON )

TO: ANDREA BRADLEY (ID. 1563103)
HAMILTON COUNTY JUSTICE CENTER
1000 SYCAMORE STREET
CINCINNATI, OH 45202

__Brittian Daudelin__ PERSONALLY, APPEARED BEFORE ME, WHO BEING FIRST DULY SWORN, SAYS THAT HE SERVED A COPY OF THE **SUMMONS; COMPLAINT** UPON THE ABOVE NAMED PARTY ON THE __27th__ DAY OF __January__, 20__17__, AT APPROXIMATELY __11:08__ A.M.

( ) BY DELIVERING TO AND LEAVING WITH THE NOTICED PARTY PERSONALLY;

( ) BY DELIVERING TO AND LEAVING WITH _____, A PERSON OF DISCRETION RESIDING AT THE RESIDENCE OF THE SAID NOTICED PARTY;

( ) BY DELIVERING AND LEAVING WITH _____, THE REGISTERED AGENT FOR THE NOTICED PARTY;

(✓) BY DELIVERING AND LEAVING WITH __Dan Martin, Account Clerk__, AN EMPLOYEE OF THE BUSINESS LISTED FOR THE NOTICED PARTY, AUTHORIZED TO ACCEPT SERVICE, IN ABSENCE OF PARTIES LISTED FOR SERVICE (SEE NOTES BELOW)

( ) BY POSTING A COPY OF SAID ABOVE REFERENCED DOCUMENTS AT _____ ON THE ___ DAY OF _____, 20__, AT APPROXIMATELY _____ __M.

( ) SERVICE NOT OBTAINED (PLEASE SEE NOTES BELOW)

(NOTES) _____

RECEIVED BY: __DM 185__ SERVICE DATE: __1-27-17__ TIME: __11:08 am__

( ) DESCRIPTION:
- SEX: ✓ MALE __ FEMALE
- SKIN: ✓ WHITE __ BLACK __ YELLOW __ BROWN __ RED
- HAIR: __ BLACK __ BROWN ✓ BLONDE __ GRAY __ RED
- AGE: __ 16-20 ✓ 21-35 __ 36-50 __ 51-65 __ 65+
- HEIGHT: __ UNDER 5' __ 5'-5'3" __ 5'4"-5'8" __ 5'9"-6' ✓ 6'+
- WEIGHT: __ <100LBS __ 100-130 __ 131-160 ✓ 161-200 __ >200LBS

__Brittian Daudel__ (signature)
PROCESS SERVER
LITIGATION SUPPORT SERVICES
817 MAIN STREET, SUITE 400
CINCINNATI, OHIO 45202-2153

SWORN TO BEFORE ME THIS __27th__ DAY OF __January__, 20__17__.

_____ (signature)
OH/KY NOTARY PUBLIC · COMM. EXP.: __6/07/20__

[Notary Public Seal - State of Ohio]