## THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| BLAKE MAISLIN as Administrator of the ESTATE OF GLENARA BATES, et al. | : : : : | Case No. 1:15-cv-798 |
| Plaintiff(s), | : : | Judge: Timothy S. Black |
| vs | : : | Magistrate Judge:  Karen L. Litkovitz |
| HAMILTON COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES, et al. | : : : | |
| Defendant(s). | : | |

## <u>ENTRY OF DEFAULT</u>

It appears that Defendant Andrea Bradley and Defendant Glen Bates are in default, having failed to plead or otherwise defend in this cause as required by law.  Now, therefore, in accordance with Rule 55 (a) of the Federal Rules of Civil Procedure, Default is hereby entered against Defendant Andrea Bradley and against Defendant Glen Bates on this 25 day of March, 2019.

Richard W. Nagel, Clerk of Court
United States District Court
Southern District of Ohio

By: _____
Deputy Clerk