# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ESTATE OF GLENARA BATES, *et al.*, | : | Case No. 1:15-cv-798 |
| | : | |
| | : | Judge Timothy S. Black |
| Plaintiffs, | : | |
| | : | |
| vs. | : | |
| | : | |
| HAMILTON COUNTY DEPARTMENT OF JOB AND FAMILY SERVICES, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER OF DISMISSAL

On December 16, 2015, this civil action commenced with the filing of Plaintiffs' complaint. (Doc. 1).

As of January 11, 2017, this Court had entered judgment in favor of all defendants, with the exception of Defendants Andrea Bradley and Glen Bates, neither of whom had been served. By January 30, 2017, service was perfected as to Defendants Bradley and Bates.

On March 15, 2019, as Plaintiffs had taken no further action in the case, the Court ordered Plaintiffs to either seek appropriate relief or give notice of voluntary dismissal. (Not. Order, Mar. 15, 2019). On March 21, 2019, Plaintiffs filed a motion for entry of default and, the following day, also filed an essentially identical application for entry of default. (Docs. 68, 69). Default was entered on March 25, 2019. (Doc. 70).

Thereafter, five months elapsed and Plaintiffs had yet to move for default judgment. Accordingly, on August 20, 2019, the Court ordered that, on or before August 30, 2019, Plaintiffs shall move for default judgment or elect to voluntarily dismiss this case. (Not. Order, Aug. 20, 2019). The Court's August 20, 2019 Notation Order expressly stated that, "[f]urther inaction by Plaintiff will result in dismissal for want of prosecution." (*Id.*) (emphasis added).

As of the date of the instant Order, the August 30, 2019 deadline has passed and Plaintiffs have failed to submit any filings in response to the Court's August 20, 2019 Notation Order.

Based upon Plaintiffs' continued inaction in this case and failure to respond to the Court's August 20, 2019 Notation Order, the Court hereby ORDERS as follows:

(1) The claims against Defendants Andrea Bradley and Glen Bates shall be **DISMISSED**; and

(2) As the case previously resolved as to all other defendants, this case shall be **CLOSED** and **TERMINATED** on the docket of this Court.

**IT IS SO ORDERED.**

Date: 9/3/2019                                                               *s/ Timothy S. Black*
                                                                             Timothy S. Black
                                                                             United States District Judge